## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | **3:09-md-02100-DRH** |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Susan Graham v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10453-DRH |
| *Cassie Haines-Koch v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10814-DRH |
| *Sarah Cowell v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11552-DRH |
| *Teresa Brent Ellis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10750-DRH |
| *Mary Flowers-Webber v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10176-DRH |
| *Sheryll Gildo v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10930-DRH |
| *LaDonna Gritts v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10803-DRH |
| *Deborah Harris v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10586-DRH |
| *Loreal Harvey v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10454-DRH |
| *Leah Shipman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11995-DRH |
| *Latoya Taylor v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10132-DRH |
| *Beth Gillis v. Bayer Corporation, et al.* | No. 10-cv-20503-DRH |
| *Amy Salem, et al. v. Bayer AG, et al.* | No. 13-cv-10648-DRH |

*Erica Hedberg v. Bayer HealthCare*　　　　No. 12-cv-10296-DRH
*Pharmaceuticals Inc., et al.*

*Kimberly Miller v. Bayer HealthCare*　　　No. 12-cv-10921-DRH
*Pharmaceuticals Inc., et al.*


## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 27, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.


　　　　　　　　　　　　　　　　**JUSTINE FLANAGAN,**
　　　　　　　　　　　　　　　　**ACTING CLERK OF COURT**

　　　　　　　　　　　　　　　　**BY:   /s/*Caitlin Fischer***
　　　　　　　　　　　　　　　　　**Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.04.28
14:14:26 -05'00'

APPROVED:
　　　　　DISTRICT JUDGE
　　　　　U. S. DISTRICT COURT